UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRADLEY A. MELLOTTE, Guardian Ad Litem for SAS, a minor,<br><br>　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, d/b/a Health Care Authority,<br><br>　　Defendant. | NO. CV-14-3033-SAB<br><br><br><br>**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 6. The parties indicate they have settled and resolved the above-captioned case and ask that it be dismissed with prejudice and without costs or fees to any party.

　　Accordingly**, IT IS HEREBY ORDERED:**

　　1. The parties' Stipulated Motion to Dismiss, ECF No. 6, is **GRANTED**.

　　2. The above-captioned case is **dismissed** with prejudice and without costs to any party.

　　**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** ~ 1

**DATED** this 27th day of June, 2014.



      s/STANLEY A. BASTIAN
        STANLEY A. BASTIAN
    UNITED STATES DISTRICT JUDGE

**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** ~ 2